**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NICHOLAS V. PERRICONE, *Plaintiff* | ) | Civil Action No. 301CV512-CFD |
| v. | ) | |
| UNIMED NUTRITIONAL SERVICES, INC., *Defendant* | ) | January 2, 2004 |

**JOINT STATUS REPORT**

The parties report the status of the above matter, in accordance with Order dated December 17, 2003. The above case is stayed pending reexamination of the patent in suit by the "Ruling On Motion To Stay" issued July 18, 2002.

The Request for Ex Parte Reexamination of the patent in suit, U.S. Patent 5,709,868 ("the '868 patent"), was accepted on October 29, 2001. Presently the '868 patent is still in Reexamination before the U.S. Patent and Trademark Office. Thus the case remains stayed according to the Court's prior order.

Respectfully submitted,

Stephen P. McNamara, (ct 01220)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax: (203) 327-1096

Attorneys for Plaintiff
Nicholas V. Perricone

Steven J. Moore by SPM with express consent.

Steven J. Moore
Pillsbury Winthrop
Financial Centre
695 East Main Street
Stamford CT 06904-6760
(203) 965-8271
Attorney for Defendant

Of counsel:
Eric LaMorte
LaMorte & Associates
985 Reading Avenue
P.O. Box 434
Yardley, PA 19067-8434