**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------x

| | | |
|---|---|---|
| NICHOLAS V. PERRICONE | ) | |
| | ) | |
| | ) | |
| *Plaintiff* | ) | Civil Action No. 301CV512-CFD |
| v. | ) | |
| | ) | |
| UNIMED NUTRITIONAL SERVICES, INC. | ) | February 10, 2005 |
| | ) | |
| *Defendant* | ) | |
| | ) | |

---------------------------------------------------x

## JOINT STATUS REPORT

The parties report the status of the above matter, in accordance with Order dated January 21, 2005. The above case is a patent infringement action claiming infringement of U.S. Patent 5,709,868. The case was stayed by the court pending reexamination of the patent in suit by the "Ruling On Motion To Stay" issued July 18, 2002. The Reexamination of the patent in suit, U.S. Patent 5,709,868 ("the '868 patent") has been completed and the U.S. Patent Office issued an Ex Parte Reexamination certificate on August 10, 2004, confirming the patentability of the patent claims as amended during the reexamination. In accordance with the court's prior orders, there are no pending motions and discovery has been stayed. Discovery has not been completed. No scheduling order or discovery schedule has been set. No trial schedule is set. The case will not be ready for trial until after a discovery schedule is set and discovery is completed. The case is a jury case. No settlement conference has been held, and no reports are due. The parties have been engaged in settlement discussions and hope to complete these discussions by the end of March 2005.

Respectfully submitted,

Stephen P. McNamara, (ct 01220)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax: (203) 327-1096

Attorneys for Plaintiff
Nicholas V. Perricone

Eric LaMorte w/ permission

Steven J. Moore
Pillsbury Winthrop
Financial Centre
695 East Main Street
Stamford CT 06904-6760
(203) 965-8271
Attorney for Defendant

Of counsel:
Eric LaMorte
LaMorte & Associates
985 Reading Avenue
P.O. Box 434
Yardley, PA 19067-8434