**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NICHOLAS V. PERRICONE, *Plaintiff* | ) | Civil Action No. 301CV512-CFD |
| v. | ) | |
| UNIMED NUTRITIONAL SERVICES, INC., *Defendant* | ) | December 9, 2005 |

**STIPULATION OF DISMISSAL**

Plaintiff Nicholas V. Perricone and Defendant Unimed Nutritional Services, Inc. hereby stipulate and agree as follows:

1. The above action is hereby dismissed with prejudice.
2. Each party will bear their own attorneys fees and costs.

Respectfully submitted,

Stephen P. McNamara, (ct 01220)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax: (203) 327-1096

Attorneys for Plaintiff

5-25-05

Eric LaMorte
LaMorte & Associates
985 Reading Avenue
P.O. Box 434
Yardley, PA 19067-8434
Tel. (215) 321-6772
Fax (215) 321-4595

Attorneys for Defendant

SO ORDERED:

______________________________
Christopher F. Droney, U.S.D.J.