**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

# NOTICE TO COUNSEL

**Effective April 3, 2006**, this case is designated as an electronically filed case. This means that all documents will be required to be filed electronically, pursuant to the accompanying Electronic Filing Order. The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address. The Manual can be found at the Court's website at www.ctc.uscourts.gov. All activity in the case (e.g., pleadings, orders, notices and calendars) would be filed/sent electronically from that date forward.

If electronic filing would present an undue burden on counsel or the parties, you may move to vacate the Electronic Filing Order on or before its effective date, for good cause shown. Any documents filed before the effective date, including a motion to vacate the Electronic Filing Order, should be filed in paper form, and include a disc with the document(s) in PDF format.

**IT IS SO ORDERED.**

/s/ Christopher F. Droney
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE