45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICHOLAS V. PERRICONE, *Plaintiff*

v.

UNIMED NUTRITIONAL SERVICES, INC., *Defendant*

Civil Action No. 301CV512-CFD

December 9, 2005

Approved and so ordered. 2/28/06

## STIPULATION OF DISMISSAL

Plaintiff Nicholas V. Perricone and Defendant Unimed Nutritional Services, Inc. hereby stipulate and agree as follows:

1. The above action is hereby dismissed with prejudice.
2. Each party will bear their own attorneys fees and costs.

Respectfully submitted,

Stephen P. McNamara, (ct 01220)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, CT 06905
Tel. (203) 324-6155
Fax: (203) 327-1096

Attorneys for Plaintiff

FILED 2006 FEB 28 P 2:45